**DISMISS; and Opinion Filed December 31, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01058-CV

**SHARON D. LEWIS AND ALL OTHER OCCUPANTS
OF 608 MULBERRY LANE, DESOTO, TEXAS 75115, Appellants**

**V.**

**AH4R1 TX DFW, LLC, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-01305-C**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice O'Neill

In a letter dated December 10, 2013, the Court questioned its jurisdiction over this appeal in a forcible detainer action. Specifically, it appears the appeal is moot because appellee now has possession of the property. We instructed appellants to file, within ten days, a letter brief explaining how this Court has jurisdiction. We cautioned appellants that failure to file a letter brief within the time requested would result in dismissal of the appeal without further notice. As of today's date, appellants have not filed a jurisdictional brief.

A case becomes moot if, at any stage during the proceedings, a controversy ceases to exist between the parties. *See Williams v. Lara*, 52 S.W.3d 171, 184 (Tex. 2001). The purpose of a forcible detainer action is to obtain immediate possession of property. *See Scott v. Hewitt*, 127 Tex. 31, 35, 90 S.W.2d 816, 818-19 (1936). A judgment of possession in a forcible detainer

action determines the right to immediate possession and is not intended to be a final determination of whether the eviction is wrongful. *See Marshall v. Housing Auth. of the City of San Antonio*, 198 S.W.3d 782, 787 (Tex. 2006).

In their unopposed motion to release the funds held as bond,[1] appellants informed the Court that appellee is now in possession of the property. The issue of possession is no longer in controversy. Accordingly we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE

131058F.P05

---

[1] In an order dated August 19, 2013, the Court granted appellants' unopposed motion.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHARON D. LEWIS AND ALL OTHER OCCUPANTS OF 608 MULBERRY LANE, DESOTO, TEXAS 75115, Appellants

No. 05-13-01058-CV          V.

AH4R1 TX DFW, LLC, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas.
Trial Court Cause No. CC-13-01305-C.
Opinion delivered by Justice O'Neill.
Justices Myers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, AH4R1 TX DFW, LLC, recover its costs of this appeal from appellants, SHARON D. LEWIS AND ALL OTHER OCCUPANTS OF 608 MULBERRY LANE, DESOTO, TEXAS 75115.

Judgment entered this 31st day of December, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE